# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Piagium, LLC | ) ASBCA No. 63897-ADR |
| | ) |
| Under Contract No. FA2521-23-C-0029 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Paul Muigai
   CEO

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter III, Esq.
   Air Force Deputy Chief Trial Attorney
  Siobhan Donahue, Esq.
   Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $17,936. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: November 21, 2024

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63897-ADR, Appeal of Piagium, LLC, rendered in conformance with the Board's Charter.

Dated: November 21, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2